■ In the Matter of THOMAS CROSS, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents. [988 NYS2d 85]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the

Supreme Court, entered in Ulster County) to review a determination of respondent Superintendent of Shawangunk Correctional Facility which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Lahtinen, J.P., Stein, Garry, Lynch and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.